IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DANNIE MOORE, | ) | |
| | ) | |
| Plaintiff, pro se, | ) | |
| | ) | |
| v. | ) | 1:05CV527 |
| | ) | |
| SCOTLAND COUNTY JAIL, et al., | ) | |
| MAJOR GOINS, LISA LOCKLEAR, | ) | |
| and UNKNOWN, | ) | |
| | ) | |
| Defendants. | ) | |

**J-U-D-G-M-E-N-T**

On June 28, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that all Defendants' Motions to Dismiss on the ground of non-exhaustion of administrative remedies be **GRANTED WITHOUT PREJUDICE** and that this action be, and is hereby, dismissed. All other motions, including motions from Plaintiff, should be **DENIED** as moot.

_____
United States District Judge

DATE: July 31, 2006